In the Matter of the Accounting of EDWARD M. BRATTER, as Committee of the Estate of WARILY BURDAK, an Incompetent Person, et al., Respondents.

JAMES F. EGAN, Public Administrator of New York County, as Administrator of the Estate of WARILY BURDAK, Deceased, Appellant.

Submitted March 6, 1942; decided April 30, 1942.

*Joseph A. Cox* and *Joseph T. Arenson* for appellant.

*James Marshall* and *Harry L. Osterweis* for Edward M. Bratter, as committee, respondent.

*Theodore E. Wolcott* and *Myer Meltsner* for Anna B. Pfenning, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY, J.